**Darnell KHAN, Plaintiff–Appellant,**

v.

**Rondo MYERS; Captain Bufford; Lt. Walter Smith; Sgt. J. Williams, Defendants–Appellees.**

**No. 12–7002.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 16, 2012.

Decided: Nov. 29, 2012.

Darnell Khan, Appellant Pro Se.

Before AGEE, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Khan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Khan v. Myers,* No. 4:12–cv–00524–TMC, 2012 WL 1952328 (D.S.C. May 30, 2012). We deny Khan's motion to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*